[No. 26134-4-III.   Division Three.   July 31, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. REMY DINH NGUYEN, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 06-1-00758-4, Evan E. Sperline, J., entered April 30 and September 24, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 26180-8-III.   Division Three.   July 31, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES ROBERT NASON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-00353-6, Michael P. Price, J., entered April 30, 2007. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Brown, JJ. Now published at 146 Wn. App. 744.

[No. 26292-8-III.   Division Three.   July 31, 2008.]

JOHN BRODEUR ET AL., *Respondents,* v. GEORGE STOLTZ, JR., ET AL., *Petitioners.*

Appeal from a judgment of the Superior Court for Benton County, No. 06-2-01099-7, Robert G. Swisher, J., entered June 13, 2007. *Reversed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 26313-4-III.   Division Three.   July 31, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT A. GERING, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-04762-2, Neal Q. Rielly and Ellen K. Clark, JJ., entered May 30 and June 11, 2007. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ. Now published at 146 Wn. App. 564.